HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00264 LJO-SKO |
| *Plaintiff,* | **APPLICATION AND ORDER FOR APPOINTMENT OF CJA PANEL COUNSEL** |
| vs. | |
| MIGUEL MANZO, | |
| *Defendant,* | |

Defendant, Miguel Manzo, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel.

Because Mr. Manzo had retained counsel and is now seeking appointed counsel under General Order 595. Manzo submits the attached Financial Affidavit as evidence of his inability to retain counsel. Manzo was sentenced to 60-month term of imprisonment on December 2, 2019 and is still currently in custody.

Because General Order 595 appoints counsel for all indigent defendants seeking assistance under the First Step Act, based on review of the attached Financial Affidavit, it is respectfully recommended that this Court authorize CJA Panel Counsel to represent Mr. Manzo on his compassionate release proceedings related to this case.

DATED: August 13, 2020                    _____*/s/ Eric V. Kersten*_____
                                                              ERIC V. KERSTEN
                                                              Assistant Federal Defender
                                                              Branch Chief, Fresno Office

1

2

**O R D E R**

3

Having satisfied the Court that the defendant is financially unable to retain counsel, the

4

Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

5

6

IT IS SO ORDERED.

7

Dated:   **August 13, 2020**          /s/ *Barbara A. McAuliffe*

8

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28