PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MIGUEL MANZO,<br><br>                Defendant. | Case No. 1:17-CR-00264-JLT-SKO;<br>                1:12-CR-00320-LJO-BAM<br><br>JOINT STATUS REPORT;<br><br>DATE: July 31, 2024<br>TIME:  2:00 PM<br>COURT: Hon. Sheila K. Oberto |

**JOINT STATUS REPORT**

Defendant MIGUEL MANZO ("Defendant") and the United States of America ("United States") stipulate and request that the Status Conference currently scheduled for July 31, 2024, be vacated and consolidated with the status conference currently scheduled before the Honorable Erica P. Grosjean on August 7, 2024.  Defendant will likely be admitting to at least one of the charges in the superseding petition on that later date.  (This joint status report has been filed only on the 1:17-CR-00264-LJO-SKO docket.  There are, however, two relevant dockets.)

1

**STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. The Status Conference currently scheduled on July 31, 2024, at 2:00 p.m., may be vacated;
2. That the vacated Status Conference be consolidated with the status conference currently scheduled on August 7, 2024, at 2:00 p.m. before the Honorable Erica P. Grosjean.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  July 29, 2024

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date: July 29, 2024

*/s/ Ernest Scott Kinney*
ERNEST SCOTT KINNEY
Attorney for Defendant
MIGUEL MANZO

**O R D E R**

IT IS SO ORDERED that the status conference currently set for July 31, 2024, at 2:00 p.m., be vacated and consolidated with the status conference on August 7, 2024.

IT IS SO ORDERED.

Dated: 7/29/2024

*Sheila K. Oberto*

HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE